| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>- FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 18 P 2: 44 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hopkins_Virginia_E

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | SELF EMPLOYED ATTORNEY PRACTICE |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH WACHOVIA BANK | A | Interest | K | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. ABB LTD SPON ADR | A | Dividend | K | T | Sold (part) | 01-22 | K | D | |
| 4. | | | | | Buy (add'l) | 02-01 | J | | |
| 5. AMERICA MOVIL S.A. DE C.V. SE L S PON ADR | | None | | | Sold | 05-21 | K | D | |
| 6. BAXTER INTL, INC DE | A | Dividend | K | T | Buy | 08-25 | J | | |
| 7. | | | | | Buy (add'l) | 09-04 | J | | |
| 8. BERKSHIRE HATHAWAY | | None | J | T | Buy | 10-28 | J | | |
| 9. BG GROUP PLC SPON ADR | A | Dividend | J | T | Sold (part) | 01-22 | K | D | |
| 10. BLACKROCK INC DE | A | Dividend | J | T | Buy | 06-12 | J | | |
| 11. | | | | | Buy (add'l) | 08-25 | J | | |
| 12. | | | | | Buy (add'l) | 09-04 | J | | |
| 13. CAMERON INTL CORP | | None | J | T | Sold (part) | 12-23 | J | A | |
| 14. CHINA MOBILE LTD SPON ADR | A | Dividend | | | Sold (part) | 01-15 | K | A | |
| 15. | | | | | Sold | 05-27 | J | A | |
| 16. CVS CAREMARK CORP DE | A | Dividend | J | T | Buy | 06-12 | J | | |
| 17. DEERE AND CO | A | Dividend | | | Buy | 04-04 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05-14 | K | | |
| 19. | | | | | Sold | 07-11 | L | A | |
| 20. DIAGEO PLC NEW GB SPON ADR | A | Dividend | | | Sold | 07-11 | K | A | |
| 21. GARMIN LTD | | None | | | Sold | 01-14 | K | C | |
| 22. GILEAD SCIENCES INC | | None | K | T | | | | | |
| 23. ISHARES LEMAN SHORT TREAS | A | Dividend | L | T | Buy | 09-18 | L | | |
| 24. SPDR KBW BANK ETF DE | A | Dividend | K | T | Buy | 09-04 | K | | |
| 25. ... | | | | | Buy (add'l) | 09-19 | K | | |
| 26. LAS VEGAS SANDS CORP | | None | | | Sold | 01-15 | K | D | |
| 27. MCDERMOTT INTL INC | | None | J | T | Sold (part) | 12-23 | J | A | |
| 28. MEMC ELECTRONIC MATERIALS INC | | None | | | Sold | 07-11 | K | C | |
| 29. OWENS ILLINOIS INC NEW | | None | | | Buy | 04-08 | J | | |
| 30. | | | | | Buy (add'l) | 05-05 | J | | |
| 31. | | | | | Sold | 07-11 | J | A | |
| 32. POTASH CORP SASK INC CANADA | A | Dividend | | | Sold | 01-17 | K | D | |
| 33. POTASH CORP SASK INC CANADA | A | Dividend | J | T | Buy | 06-12 | J | | |
| 34. PROSHARES TRUST PROSHARES U LTRASHORT S&P 500 | D | Dividend | J | T | Buy | 09-15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09-25 | K | A | |
| 36. | | | | | Sold (part) | 10-13 | L | D | |
| 37. RESEARCH IN MOTION LTD | | None | J | T | Sold (part) | 12-23 | J | A | |
| 38. SLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | J | T | Sold (part) | 12-23 | J | A | |
| 39. STATOILHYDRO ASA SPON ADR | | None | | | Sold | 01-15 | K | A | |
| 40. DANAHER CORP COMMON | A | Dividend | J | T | | | | | |
| 41. SYNGENTA AG SPON ADR COM | | None | | | Sold | 01-17 | K | E | |
| 42. SYNGENTA AG SPON ADR COM | A | Dividend | J | T | Buy (add'l) | 02-04 | J | | |
| 43. | | | | | Buy (add'l) | 04-03 | J | | |
| 44. THERMO FISCHER SCIENTIFIC INC | | None | K | T | | | | | |
| 45. TRANSOCEAN INC ORD | | None | J | T | Sold (part) | 12-23 | J | A | |
| 46. VISA INC CL A | | None | | | Buy | 05-21 | J | | |
| 47. | | | | | Buy (add'l) | 06-09 | K | | |
| 48. | | | | | Sold | 07-15 | K | A | |
| 49. XTO ENERGY INC | A | Dividend | K | T | | | | | |
| 50. JOHN HANCOCK CLASSIC VALUE FUND | C | Dividend | K | T | Sold (part) | 01-25 | J | A | |
| 51. | | | | | Sold (part) | 07-25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10-27 | J | A | |
| 53. FIRST EAGLE OVERSEAS FUND CLASS | C | Dividend | K | T | | | | | See Expl. Sec VIII |
| 54. UBS MONEY MARKET | C | Dividend | N | T | | | | | See Expl. Sec VIII |
| 55. LORD ABBETT MIDCAP FUND CLASS C | A | Dividend | K | T | | | | | |
| 56. THORNBERG INTERNATIONAL VALUE FUND CL A | A | Dividend | K | T | | | | | See Expl. Sec VIII |
| 57. ISHARES INC MSCI SINGAPORE FREE INDEX FD | A | Dividend | J | T | Sold (part) | 01-17 | J | A | |
| 58. ISHARES TRUST DJ U.S BASIC MATERIALS SECTR INDEX FD | A | Dividend | J | T | Sold (part) | 01-17 | J | A | |
| 59. ISHARES TRUST S&P MIDCAP 400 VALUE INDEX | A | Dividend | | | Sold (part) | 01-17 | J | A | |
| 60. | | | | | Sold | 07-11 | K | A | |
| 61. ISHARES TRUST S&P SMALLCAP 600 VALUE INDEX FUND | | None | | | Sold | 01-17 | K | A | |
| 62. ISHARES S&P 100 INDEX FUND | A | Dividend | | | Sold (part) | 01-17 | J | A | |
| 63. | | | | | Sold | 07-11 | K | A | |
| 64. ISHARES MSCI EAFE INDEX FUND | A | Dividend | J | T | Sold (part) | 01-17 | J | A | |
| 65. ISHARES MCSI EMERGING MARKETS INDEX FUND | A | Dividend | J | T | Sold (part) | 01-17 | J | A | |
| 66. POWERSHARES ETF INTL DIVID ACHIEVERS PORTFOLIO | A | Dividend | | | Sold (part) | 01-17 | J | A | |
| 67. | | | | | Sold | 07-11 | K | A | |
| 68. POWERSHARES DYN OIL & GAS SV | A | Dividend | J | T | Sold (part) | 01-17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR S&P EMERGING LATIN AMER ETF | A | Dividend | J | T | Sold (part) | 01-17 | J | A | |
| 70. POWERSHARES D 8 MULTI SECTOR COMMODITY TR DB AGRICULTURE FUND | | None | J | T | Buy | 03-12 | J | | |
| 71. BANCO SANTANDER RP RT 5.050% MAT 05/15/08 | C | Interest | | | Redeemed | 05-16 | L | A | |
| 72. EATON VANCE FLOATING RATE INCOME TRUST TH7 SER C | A | Dividend | | | Redeemed | 05-02 | K | A | |
| 73. JOHN HANCOCK PFD INCOME FUND III SER M AUCT PFD 5.500% | A | Dividend | | | Redeemed | 05-27 | K | A | |
| 74. BANCO BILBAO PR RATE 3.15% MAT 08-28-08 | A | Interest | | | Buy | 05-19 | L | | |
| 75. | | | | | Redeemed | 08-28 | L | A | |
| 76. GE MONEY BANK UT US RATE 3.15% MAT 9-4-08 | A | Interest | | | Buy | 05-28 | K | | |
| 77. | | | | | Redeemed | 09-04 | K | A | |
| 78. WASH MUT BKK FSB UT RT 2.75% MAT 12-11-08 | A | Interest | | | Buy | 09-02 | K | | |
| 79. | | | | | Redeemed | 12-11 | K | A | |
| 80. ISREAL DISC BK NY US RATE 2.85% MAT 3/10/09 | | None | K | T | Buy | 09-10 | K | | |
| 81. BANK OF CHINA NY US RATE 3.05% MAT 3/10/09 | | None | L | T | Buy | 09-10 | L | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION 1, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

SECTION VII, LINE 53 FOR THE INVESTMENT LABELED "FIRST EAGLE OVERSEAS FUND" DECREASED IN VALUE FROM CLASSIFICATION "L" TO CLASSIFICATION "K" DUE ONLY TO DECREASES IN THE MARKET VALUE OF THE INVESTMENT. THERE WERE NO FURTHER SALES OF THIS INVESTMENT DURING 2008 TO REPORT.

SECTION VII, LINE 54 FOR THE INVESTMENT LABELED "UBS MONEY MARKET" INCREASED FROM CLASSIFICATION "L" TO CLASSIFICATION "N". THIS ACCOUNT HOLDS FUNDS FROM THE PROCEEDS OF INVESTMENT SALES AWAITING NEW INVESTMENT PURCHASES. THERE WERE NUMEROUS SALES OF INVESTMENTS DURING 2008 THAT HAD NOT YET BEEN REINVESTED AS OF THE END OF THE REPORTING PERIOD.

SECTION VII, LINE 56 FOR THE INVESTMENT LABELED "THORNBURG INTERNATIONAL VALUE FUND CL A" DECREASED IN VALUE FROM CLASSIFICATION "L" TO CLASSIFICATION "K" DUE ONLY TO DECREASES IN THE MARKET VALUE OF THE INVESTMENT. THERE WERE NO FURTHER SALES OF THIS INVESTMENT DURING 2008 TO REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544